JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
AUDREY DAMONTE, ESQ.
Nevada Bar No. 4244
HOLLEY DRIGGS
800 S. Meadows Parkway
Reno, Nevada 89521
Telephone: 775/851-8700
Facsimile: 775/851-7681

RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
E-mail: apernsteiner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHUSHAN SADJADI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARBELLA ALFONZO, an individual; MATTHEW SPURK, an individual; PATRICIA CHANDLER, an individual; RAY NEGRETE, an individual; REBECCA LUCERO, an individual; CHRIS GREATHOUSE, an individual, and DOES 1-X, inclusive;<br>    Defendants. | CASE NO.: 2:24-cv-00079<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by the parties, through undersigned counsel, pursuant to LR IA 6-1, 6-2, and LR 7-1, and subject to the approval of the Court, that:

1. The deadline to Answer Plaintiff's First Amended Complaint is extended from March 18, 2024 up through and including March 25, 2024;

2. The parties request this extension as a professional courtesy due to scheduling

- 1 -

conflicts and hereby submit that this request is not for any purposes of undue delay.

3. This stipulation is without prejudice to or waiver of any parties' rights and arguments with respect to the foregoing forthcoming pleading.

Dated this 15 day of March 2024

**IT IS SO AGREED AND STIPULATED**

|  |  |
|---|---|
|  | HOLLY DRIGGS |
| By: */s/ Brian K. Berman* <br> Brian K. Berman, Esq. <br> 721 Gass Avenue <br> Las Vegas, NV 9101 <br> Tel. (702) 382-0702 <br> Email: amehdi@spencerfane.com <br> *Attorneys for Plaintiff* | By: */s/ Adam J. Pernsteiner* <br> JAMES W. PUZEY, ESQ. <br> Nevada Bar No. 5745 <br> AUDREY DAMONTE, ESQ. <br> Nevada Bar No. 4244 <br> 800 S. Meadows Parkway <br> Reno, Nevada 89521 <br> Telephone: 775/851-8700 <br> Facsimile: 775/851-7681 <br><br> RONALD J. THOMPSON, ESQ. <br> Nevada Bar No. 5524 <br> ADAM J. PERNSTEINER, ESQ. <br> Nevada Bar No. 7862 <br> 300 South Fourth Street, Suite 1600 <br> Las Vegas, Nevada 89101 <br> Telephone:702/791-0308 <br><br> *Attorneys for Defendants.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2024