JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
AUDREY DAMONTE, ESQ.
Nevada Bar No. 4244
HOLLEY DRIGGS
800 S. Meadows Parkway
Reno, Nevada  89521
Telephone:  775/851-8700
Facsimile:  775/851-7681

RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
E-mail: apernsteiner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:702/791-0308

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHUSHAN SADJADI, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARBELLA ALFONZO, an individual; MATTHEW SPURK, an individual; PATRICIA CHANDLER, an individual; RAY NEGRETE, an individual; REBECCA LUCERO, an individual; CHRIS GREATHOUSE, an individual, and DOES 1-X, inclusive;<br>                    Defendants. | CASE NO.: 2:24-cv-00079<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by the parties, through undersigned

counsel, pursuant to LR IA 6-1, 6-2, and LR 7-1, and subject to the approval of the Court, that:

1.    The deadline to Answer Plaintiff's First Amended Complaint is extended from

March 25, 2024 up through and including April 8, 2024;

2.    On March 15, 2024, the parties submitted a Stipulation and [Proposed] Order to

- 1 -

Extend Time to File Response to First Amended Complaint from March 18, 2024 to March 25, 2024, which was adopted by the Court in its Order [ECF No. 18] of March 18, 2024.

3.     On March 20, 2024, the counsel for Defendants became aware of and began investigating a potential conflict in connection with their joint representation of all of the named Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.      The parties have agreed to request this additional extension as a professional courtesy in order to facilitate the aforementioned investigation by Defendants' counsel and hereby submit that this request is not for any purposes of undue delay.

5.      This stipulation is without prejudice to or waiver of any parties' rights and arguments with respect to the foregoing forthcoming pleading.

Dated this 25th day of March 2024

**IT IS SO AGREED AND STIPULATED**

                                                 HOLLY DRIGGS


By: _/s/ Brian K. Berman_____          By: _/s/ Adam J. Pernsteiner_____
Brian K. Berman, Esq.                      JAMES W. PUZEY, ESQ.
721 Gass Avenue                            Nevada Bar No. 5745
Las Vegas, NV 9101                         AUDREY DAMONTE, ESQ.
Tel. (702) 382-0702                        Nevada Bar No. 4244
Email: amehdi@spencerfane.com              800 S. Meadows Parkway
_Attorneys for Plaintiff_                  Reno, Nevada  89521
                                           Telephone:  775/851-8700
                                           Facsimile:  775/851-7681

                                           RONALD J. THOMPSON, ESQ.
                                           Nevada Bar No. 5524
                                           ADAM J. PERNSTEINER, ESQ.
                                           Nevada Bar No. 7862
                                           300 South Fourth Street, Suite 1600
                                           Las Vegas, Nevada 89101
                                           Telephone:702/791-0308

                                           _Attorneys for Defendants._


                                           **IT IS SO ORDERED:**


                                           UNITED STATES MAGISTRATE JUDGE


                                           DATED: __March 25, 2024_____