Ethan D. Thomas
Nevada State Bar No. 12874
Andrew S. Clark
Nevada State Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Tel: 702.862.8800
edthomas@littler.com
asclark@littler.com

*Attorneys for Marbella Alfonzo*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHUSHAN SADJADI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARBELLA ALFONZO, an individual; MATTHEW SPURK, an individual; PATRICIA CHANDLER, an individual; RAY NEGRETE, an individual; REBECCA LUCERO, an individual; CHRIS GREATHOUSE, an individual, and DOES 1-X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00079-JAD-EJY<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT MARBELLA ALFONZO** |

Pursuant to Local Rule IA 11-6(c), undersigned counsel stipulate and agree to substitute Ethan D. Thomas and Andrew S. Clark of the law firm of Littler Mendelson, P.C., as counsel of record for Defendant MARBELLA ALFONZO, in the place of withdrawing counsels James W. Puzey, Audrey Damonte, Ronald J. Thompson, and Adam J. Pernsteiner of the law firm of Holley Driggs.[1]

---

[1] Counsel from the law firm of Holley Driggs will remain counsel of record for the other defendants named in the Amended Complaint. This substitution only applies to Defendant Marbella Alfonzo.

1

The stipulation is executed by the represented client, the withdrawing counsel, and newly-appearing counsel.

Dated this 2nd day of April, 2024.

By: /s/ Marbella Alfonzo
MARBELLA ALFONZO

Print: Marbella Alfonzo

I consent to the above substitution.

Dated this 2nd day of April, 2024.

HOLLEY DRIGGS

/s/ Adam J. Pernsteiner

JAMES W. PUZEY, ESQ.
AUDREY DAMONTE, ESQ.
RONALD J. THOMPSON, ESQ.
ADAM J. PERNSTEINER, ESQ.

*Attorneys for Defendant*
MARBELLA ALFONZO

I am duly admitted to practice in this District and accept the above substitution.

Dated this 2nd day of April 2024.

LITTLER MENDELSON, P.C.

/s/ Ethan D. Thomas

ETHAN D. THOMAS, ESQ.
ANDREW S. CLARK, ESQ.

*Attorney for Defendant*
MARBELLA ALFONZO

ORDER

Having reviewed and approved the Substitution of Attorney, IT IS HEREBY GRANTED.

Dated:   April 3, 2024.

_____
UNITED STATES MAGISTRATE JUDGE