Ethan D. Thomas
Nevada State Bar No. 12874
Andrew S. Clark
Nevada State Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Tel: 702.862.8800
edthomas@littler.com
asclark@littler.com

*Attorneys for Marbella Alfonzo*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHUSHAN SADJADI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARBELLA ALFONZO, an individual; MATTHEW SPURK, an individual; PATRICIA CHANDLER, an individual; RAY NEGRETE, an individual; REBECCA LUCERO, an individual; CHRIS GREATHOUSE, an individual, and DOES 1-X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00079-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MARBELLA ALFONZO TO RESPOND TO THE AMENDED COMPLAINT**<br><br>**(THIRD REQUEST)**[1] |

Plaintiff Shushan Sadjadi and Defendant Marbella Alfonzo hereby stipulate and request an order extending the deadline for Ms. Alfonzo to respond to Plaintiff's Amended Complaint (ECF

---

[1] This is technically Ms. Alfonzo's third request to extend time to respond to the Amended Complaint, having been a party to two prior stipulations to extend time with prior counsel. *See* ECF Nos. 17, 19. As noted herein, however, the parties seek this extension to provide Ms. Alfonzo's newly retained counsel time to review the file and prepare an adequate response to the Amended Complaint.

1

No. 16) by two (2) weeks from the current deadline of April 8, 2024, up to and including **April 22, 2024**. This is the third request for an extension of time to Answer to the Amended Complaint.

The requested extension reflects the need for newly retained counsel, who substituted into the case this week, to investigate the facts in this case and prepare an adequate response to the Amended Complaint and for its client to have sufficient time to review the same in advance of the filing.

This request is made in good faith and not for the purpose of delay.

Dated: April 4, 2024

By: */s/ Brian K. Berman*
    BRIAN K. BERMAN, ESQ.

Attorneys for Plaintiff
SHUSHAN SADJADI

Dated: April 4, 2024

LITTLER MENDELSON, P.C.

By: */s/ Ethan D. Thomas*
    ETHAN D. THOMAS, ESQ.
    ANDREW S. CLARK, ESQ.

Attorneys for Defendant
MARBELLA ALFONZO

**IT IS SO ORDERED.**

Dated: April 4, 2024.

_____
UNITED STATES MAGISTRATE JUDGE