JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
AUDREY DAMONTE, ESQ.
Nevada Bar No. 4244
HOLLEY DRIGGS
800 S. Meadows Parkway
Reno, Nevada 89521
Telephone:  775/851-8700
Facsimile:  775/851-7681

RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
E-mail: apernsteiner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:702/791-0308

*Attorneys for Clark County School District,
Matthew Spurk, Patricia Chandler, Ray Negrete,
Rebecca Lucero, and Chris Greathouse*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHUSHAN SADJADI, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARBELLA ALFONZO, an individual; MATTHEW SPURK, an individual; PATRICIA CHANDLER, an individual; RAY NEGRETE, an individual; REBECCA LUCERO, an individual; CHRIS GREATHOUSE, an individual, and DOES 1-X, inclusive;<br>  Defendants. | CASE NO.: 2:24-cv-00079<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by the parties, through undersigned counsel, pursuant to LR IA 6-1, 6-2, and LR 7-1, and subject to the approval of the Court, that:

1. The deadline for Defendants Clark County School District, Matthew Spurk, Patricia Chandler, Ray Negrete, Rebecca Lucero, and Chris Greathouse ("Defendants") to

respond to Plaintiff's Second Amended Complaint is extended from July 2, 2024 up through and including **July 12, 2024**;

2. The parties have agreed to request this additional extension as a professional courtesy and hereby submit that this request is not for any purposes of undue delay.

3. This stipulation is without prejudice to or waiver of any parties' rights and arguments with respect to the foregoing forthcoming pleading.

Dated this 1st day of July 2024

**IT IS SO AGREED AND STIPULATED**

HOLLY DRIGGS

By: */s/ Brian K. Berman*
Brian K. Berman, Esq.
721 Gass Avenue
Las Vegas, NV 9101
Tel. (702) 382-0702
Email: amehdi@spencerfane.com
*Attorneys for Plaintiff*

By: */s/ Adam J. Pernsteiner*
JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
AUDREY DAMONTE, ESQ.
Nevada Bar No. 4244
800 S. Meadows Parkway
Reno, Nevada 89521
Telephone: 775/851-8700
Facsimile: 775/851-7681

RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:702/791-0308

*Attorneys for Clark County School District, Matthew Spurk, Patricia Chandler, Ray Negrete, Rebecca Lucero, and Chris Greathouse*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE/JUDGE

DATED: July 2, 2024