BRIAN K. BERMAN, ESQ.
Nevada Bar No. 000056
721 Gass Avenue
Las Vegas, NV 89101
(702) 382-0702
FAX (702) 382-6450
Email: b.k.berman@att.net
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **SHUSHAN SADJADI,** an individual; <br><br> **Plaintiff,** <br><br> vs. <br><br> **CLARK COUNTY SCHOOL DISTRICT**, a political subdivision of the State of Nevada; **MARBELLA ALFONZO**, an individual; **MATTHEW SPURK**, an individual; **PATRICIA CHANDLER**, an individual; **RAY NEGRETE**, an individual; **REBECCA LUCERO**, an individual; **CHRIS GREATHOUSE**, an individual; and **DOES I-X**, inclusive; <br><br> **Defendants.** | CASE NO.:  2:24-cv-00079 <br><br><br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES** <br> **(First Request)** |

   IT IS HEREBY STIPULATED AND AGREED by the parties, through undersigned counsel, pursuant to LR IA 6-1, that discovery be continued for a period of 120 days up to and including a new discovery cut-off date of February 4, 2025. This is the first request for a modification of the discovery plan. The parties state the following in support of this request:

1

**I.   Background**

**A. Procedural History**

Plaintiff filed the Complaint in Clark County District Court on December 12, 2023. On January 9, 2024, Defendants removed the case to this Court pursuant to 28 U.S.C. § 1331 [ECF 1]. On June 7, 2024, the parties held their Fed. R. Civ. P. 26(f) conference, and on June 10, 2024, the parties filed their Stipulated Discovery Plan and Scheduling Order [ECF 41].

**B. Discovery Completed to Date**

All Defendants have completed their Fed. R. Civ. Pro. 26(a) disclosures; Plaintiff will do so by July 26, 2024.

**C. Discovery that Remains to be Completed**

The parties need to complete written discovery. The parties need to complete the depositions of the primary witnesses. The parties need to exchange initial and rebuttal expert reports.

**II.   Grounds for an Extension**

Local Rule 26-3 governs the request of an extension:

> A motion or stipulation to extend any date set by the discovery plan… must… be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline.

//

**A. Reasons for Extension**

The parties request this extension because pleadings only closed on July 12, 2024, thus for the first time defining the scope of the claims and defenses in this matter. There were serial motions to dismiss in this matter which, through the ordinary course of business, took extensive time to resolve. The CCSD Defendants filed their motion to dismiss [ECF 5] on January 16, 2024. The Order granting in part and denying in part that motion [ECF 14] was filed on February 21, 2024. Plaintiff filed her First Amended Complaint [ECF 16] on March 3, 2024. It was then discovered there was a previously undiscovered conflict of interest between HOLLY DRIGGS and Defendant Marbella Alfonzo. A stipulation for a substitution of attorneys [ECF 21] was filed on April 2, 2024. CCSD's answer [ECF 26] was filed on April 8, 2024. Alfonzo filed her Motion to Dismiss [ECF 29] on April 22, 2024. The order granting in part and denying in part that motion [ECF 39] was filed on June 3, 2024. The Second Amended Complaint [ECF 43] was filed on June 18, 2024. Defendant Alfonzo filed her answer to the Second Amended Complaint [ECF 47] on July 2, 2024. The CCSD Defendants filed their answer to the Second Amended Complaint [ECF 48] on July 12, 2024.

CCSD's answer to the First Amended Complaint [ECF 26] triggered the timeline for the Fed. R. Civ. P. 26(f) conference

even though there was an outstanding Motion to Dismiss [ECF 29] filed by Defendant Alfonzo. By way of Scheduling Order [ECF 41] dated June 10, 2024, the first of the deadlines are upon the parties. Insofar as the scope of the claims and defenses have only now been determined, discovery may now begin in earnest. The parties agree that the discovery deadlines set forth in the Scheduling Order [ECF 41] should be extended.

Accordingly, the parties hereby request that the Court extend the discovery deadlines by 120 days. This is the first request for extensions, and this joint request is made in good faith and not for purposes of delay.

**III. Proposed Extended Deadlines**

| Deadline | Existing Date | New Date |
|---|---|---|
| Discovery Cut-off date | 10/7/24 | 2/4/25 |
| Amending Pleadings and Adding parties | 7/9/24 | No change |
| Initial Expert Disclosures | 8/8/24 | 12/6/24 |
| Rebuttal Expert Disclosures | 9/9/24 | 1/7/25 |
| Dispositive Motions | 11/6/24 | 3/6/25 |
| Pretrial Order | 12/6/24 | 4/7/25 |

//

**IT IS SO AGREED AND STIPULATED**

Dated: July _, 2024			BRIAN K. BERMAN, CHTD.


				_/s/ Brian K. Berman_____
				Brian K. Berman, Esq.
				Nevada Bar # 00056
				721 Gass Avenue
				Las Vegas, Nevada 89101
				b.k.berman@att.net
				(702) 382-0702
				FAX (702) 382-6450
				*Attorney for Plaintiff*


Dated: July _, 2024			HOLLY DRIGGS

				__/s/ Adam J. Pernsteiner____
				JAMES W. PUZEY, ESQ.
				Nevada Bar No. 5745
				AUDREY DAMONTE, ESQ.
				Nevada Bar No. 4244
				800 S. Meadows Parkway
				Reno, Nevada 89521

				RONALD J. THOMPSON, ESQ.
				NEVADA BAR NO. 5524
				ADAM J. PERNSTEINER, ESQ.
				Nevada Bar No. 7862
				300 South Fourth Street, Suite 1600
				Las Vegas, Nevada 89101
				*Attorneys for Defendants CLARK COUNTY SCHOOL DISTRICT, MATTHEW SPURK, PATRICIA CHANDLER, RAY NEGRETE, & CHRIS GREATHOUSE*

				LITTLER MEDELSON, P.C.

				__/s/ Ethan D. Thomas_____
				Ethan D. Thomas, Esq.
				Nevada Bar No. 12874
				Andrew S. Clark
				Nevada Bar No. 14854
				LITTLER MEDELSON, P.C.

5

```
                3960 Howard Hughes Parkway
                Suite 300
                Las Vegas, NV 89169
                Attorneys for Defendant Marbella
                Alfonzo
```

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: July 19, 2024