Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:    702.862.8800
Fax No.:       702.862.8811
edthomas@littler.com
asclark@littler.com

Attorneys for Defendant
MARBELLA ALFONZO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHUSHAN SADJADI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARBELLA ALFONZO, an individual; MATTHEW SPURK, an individual; PATRICIA CHANDLER, an individual; RAY NEGRETE, an individual; REBECCA LUCERO, an individual; CHRIS GREATHOUSE, an individual, and DOES 1-X, inclusive;<br><br>Defendants. | Case No. 2:24-cv-00079-JAD-EJY<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DISPOSITIVE-MOTIONS DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiff Shushan Sadjadi, Defendant Marbella Alfonzo, and Defendants Clark County School District, Matthew Spurk, Patricia Chandler, Ray Negrete, Rebecca Lucero, and Chris Greathouse ("CCSD Defendants"), through their respective counsel, hereby stipulate and agree to extend the deadline to file Dispositive Motions outlined in the current Discovery Plan and Scheduling Order (ECF No. 74) for a period of 45 days, up to and including August 17, 2026.

The parties have completed extensive written discovery and depositions in this matter as outlined in the existing Scheduling Order dated December 12, 2025 (ECF No. 74).  However, additional time is needed to prepare dispositive motions, considering the scope of documents

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

produced by the parties and third parties as well as the depositions taken throughout the discovery period. In addition, scheduling conflicts and other profession and personal obligations among the parties also supports the need for a 45-day extension of the dispositive-motions deadline. Given the timing of the current dispositive-motions deadline, two of the CCSD Defendants are traveling, including one internationally, in the weeks preceding the current deadline. In addition, counsel for the CCSD defendants has pre-arranged time out of the office. Counsel for Defendant Marbella Alfonzo likewise have professional and personal obligations in June and July 2026 that warrant the request for additional time, including obligations in other cases, pre-arranged time out of the office, and unexpected travel to attend a funeral.

*[Remainder of Page Intentionally Left Blank]*

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2

Accordingly, good cause exists to extend the dispositive-motions deadline to permit the parties to achieve their respective briefing goals. The parties request this extension in good faith and not for purposes of delay.

| Current Deadline | Proposed Extended Deadline |
| --- | --- |
| July 1, 2026 | August 17, 2026 |

Dated: June 25, 2026

Respectfully submitted,

/s/ Brian K. Berman
BRIAN K. BERMAN, ESQ.

Attorney for Plaintiff
SHUSHAN SADJADI

Dated: June 25, 2026

Respectfully submitted,

/s/ Andrew S. Clark
ETHAN D. THOMAS, ESQ.
ANDREW S. CLARK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MARBELLA ALFONZO

Dated: June 25, 2026

Respectfully submitted,

/s/ Adam Pernsteiner
JAMES W. PUZEY, ESQ.
AUDREY DAMONTE, ESQ.
RONALD J. THOMPSON, ESQ.
ADAM J. PERNSTEINER, ESQ.
KEARNEY PUZEY DAMONTE LTD.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
MATTHEW SPURK, PATRICIA
CHANDLER, RAY NEGRETE, AND
CHRIS GREATHOUSE

**IT IS SO ORDERED.**

Dated: June 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800