BRIAN K. BERMAN, ESQ.
Nevada Bar No. 000056
721 Gass Avenue
Las Vegas, NV 89101
(702) 382-0702
FAX (702) 382-6450
Email: b.k.berman@att.net
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**SHUSHAN SADJADI**, an individual;

**Plaintiff,**

**vs.**

**CLARK COUNTY SCHOOL DISTRICT**, a political subdivision of the State of Nevada; **MARBELLA ALFONZO**, an individual; **MATTHEW SPURK**, an individual; **PATRICIA CHANDLER**, an individual; **RAY NEGRETE**, an individual; **REBECCA LUCERO**, an individual; **CHRIS GREATHOUSE**, an individual; and **DOES I-X**, inclusive;

**Defendants.**

CASE NO.: 2:24-cv-00079-JAD-EJY

**STIPULATION AND (PROPOSED) ORDER TO EXTEND RESPONSE AND REPLY DEADLINES**
**(First Request)**

Plaintiff Shushan Sadjadi, Defendant Marbella Alfonzo, and Defendants Clark County School District, Matthew Spurk, Patricia Chandler, Ray Negrete, Rebecca Lucero, and Chris Greathouse ("CCSD Defendants"), through their respective counsel, hereby stipulate and agree to extend the time for the Response and Replies to the Motions for Summary Judgement [81],[84]. The due date for Responses has been moved from September 7th to September 18, 2026.

The deadline for the Reply briefs has been shifted from September 21, 2026 to October 9, 2026. This extension is to accommodate previously scheduled personal and professional conflicts.

Accordingly, good cause exists to extend the Response and Reply deadlines for the dispositive motions to permit the parties to achieve their respective briefing goals. The parties request this extension in good faith and not for purposes of delay.

Dated: September __3__, 2026

Respectfully submitted,

/s/ *Brian K. Berman*

BRIAN K. BERMAN, ESQ.

Attorney for Plaintiff
SHUSHAN SADJADI

Dated: September __3__, 2026

Respectfully submitted,

/s/ *Andrew S. Clark*

ETHAN D. THOMAS, ESQ.
ANDREW S. CLARK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MARBELLA ALFONZO

//
//

Dated: September 3, 2026

Respectfully submitted,

/s/ *Adam J. Pernsteiner*

JAMES W. PUZEY, ESQ.
AUDREY DAMONTE, ESQ.
RONALD J. THOMPSON, ESQ.
ADAM J. PERNSTEINER, ESQ.
KEARNEY PUZEY DAMONTE LTD.

Attorneys for Defendants CLARK COUNTY SCHOOL DISTRICT, MATTHEW SPURK, PATRICIA CHANDLER, RAY NEGRETE, AND CHRIS GREATHOUSE

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: 9/9/2026